UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 09, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SU QING LI,

    Defendant.

Case No. 2:15-mj-00180-KJN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  SU QING LI ,

Case No. 2:15-mj-00180-KJN  Charge from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $  100,000, cosigned by brother

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Third-party custody of brother. Report to Pretrial Services on 9/11/2015 at 10:00 AM

Issued at Sacramento, California on September 09, 2015 at  4:15 pm

By: _____

Magistrate Judge Carolyn K. Delaney